**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 10-7720**

─────────────

SAMUEL L. BROWN,

             Plaintiff – Appellant,

      v.

ANTHONY HATHAWAY; LILLIAN GILLIAM; LT. BIGGS; MS. WALTON,

             Defendants– Appellees,

      and

A. SPRUILL; GIBBS; SANDERLIN; C/O BROWN,

             Defendants.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge. (5:09-ct-03004-BO)

─────────────

Submitted:  March 31, 2011          Decided:  April 6, 2011

─────────────

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Samuel L. Brown, Appellant Pro Se.   Yvonne Bulluck Ricci, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel L. Brown appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown V. Hathaway, No. 5:09-ct-03004-BO (E.D.N.C. Sept. 29, 2009; Nov. 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED